UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., )<br>         Plaintiff(s),    )<br>                                   )<br>vs.                              )<br>                                   )<br>OPERTURE, INC.,        )<br>                                   )<br>         Defendant(s).  )<br>_____) | Case No. 2:16-cv-02938-JAD-NJK<br><br>ORDER |

Defendant is a corporate entity and appears to be attempting to participate in this litigation without an attorney. Docket No. 7 (answer). Corporations may appear in federal court only through licensed counsel. *See, e.g.*, *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, Defendant is **ORDERED** to retain an attorney and to have that attorney file, no later than February 17, 2017, a notice of appearance. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

DATED: February 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge