# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust,<br><br>    Plaintiff<br><br>v.<br><br>Operture, Inc.,<br><br>    Defendant | 2:16-cv-02938-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 13] |

In my April 21, 2017, order accepting and adopting Magistrate Judge Nancy J. Koppe's recommendation that default judgment be entered against defendant Operture, Inc. for its failure to retain counsel, I instructed plaintiff U.S. Bank to file "a proposed order and judgment accompanied by a supplemental memorandum of points and authorities" within 10 days.[1] U.S. Bank now moves to extend that deadline to May 15, 2017, owing to counsel's previously planned, out-of-state commitment.

Good cause appearing, IT IS HEREBY ORDERED that **U.S. Bank's motion to extend time [ECF 13] is GRANTED**: the time for U.S. Bank to file the proposed order and judgment and supplemental briefing is **EXTENDED to May 15, 2017**.

DATED: May 1, 2017.

                                                  _____
                                                  Jennifer A. Dorsey
                                                  United States District Judge

---

[1] ECF No. 11.